UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO:

| | |
|---|---|
| ARBELLA MUTUAL INSURANCE CO. )<br>(as subrogee of German Galdamez) )<br>)<br>Plaintiff, )<br>)<br>V. )<br>) COMPLAINT<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE )<br>)<br>)<br>Defendant ) | |

## FACTS AND PARTIES

I.

This action arises under the Federal Tort Claims Act, 28 U.S.C. sect. 2761 et seq., and this Court has jurisdiction under the provisions of 28 U.S.C. sect. 1346(b).

II.

The Plaintiff, Arbella Mutual Insurance Company, maintains a place of business at 101 Edgewater Drive in Wakefield, Middlesex County, Massachusetts, and is a duly organized corporation under the laws of the Commonwealth of Massachusetts, United States of America.

III.

On or about May 22, 2015, German Galdamez owned an automobile and maintained a contract of motor vehicle insurance for that vehicle with the Plaintiff, Arbella Mutual Insurance Company.

IV.

The Plaintiff submitted its claim in the amount of $6,235.02 to the United States Department of Justice, a duly organized body of the United States of America, in accordance with statute, 28 U.S.C. sect. 2761 et seq. On February 22, 2017, the Plaintiff sent the United States Department of Diplomatic Security additional information regarding this loss, and Plaintiff received a response on March 22, 2017 and again on June 19, 2017. Since then the United States Department of Justice has failed to respond to this matter, and as such, their actions are deemed to be a constructive denial to the effect that the United States Department of Justice was not negligent in this matter.

## COUNT 1
(Negligence)

V.

The Plaintiff hereby reavers and realleges each and every allegation contained within paragraphs I through IV as if specifically set forth herein.

VI.

On or about May 22, 2015, German Galdamez, a resident of Saugus, Essex County, Massachusetts was operating a motor vehicle in the exercise of due care at or near the intersection of Chestnut Street and Lincoln Avenue in Saugus, Massachusetts, when Katherine Wilson, who was acting as an agent, servant, or employee of the Defendant, carelessly and or negligently struck German Galdamez's vehicle.

VII.

As a result of the Defendant's negligence, German Galdamez's motor vehicle suffered property damage and required the use of substitute transportation.

VIII.

As a result, in accordance with the terms and conditions of the contract of insurance, the Plaintiff made payment to or on behalf of its insured in the amount of $5,735.02 for property damage and rental expenses suffered by its insured. Additionally, the Plaintiff's insured was forced to expend their deductible interest in the amount of $500.00. The Plaintiff now stands subrogated to the rights and causes of action of its insured, to the extent of said payments.

WHEREFORE, the Plaintiff seeks judgment against the Defendant, United States of America in the amount of $6,235.02, as well as any other relief this court may deem proper.

## DEMAND FOR JURY TRIAL

The Plaintiff, Arbella Mutual Insurance Co., hereby demands a trial by jury as to each and every allegation and issue, defense, counterclaim, and/or crossclaim.

Dated:

> THE PLAINTIFF,
> Arbella Mutual Insurance Co.
> By its attorney,
>
> Joseph P. Bonfiglio, BBO#663414
> Derek A. Buckley, BBO#692956
> Bolden & Bonfiglio, LLC
> 10 Federal Street, Suite 1-3
> Salem, MA 01970
> Tel. 978-744-2162
> Fax 978-744-6705
> Jbonfiglio@bblawma.com
> Dbuckley@bblawma.com